UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/26/2020___
```

-------------------------------------------------------------X

UNITE HERE RETIREMENT FUND and       :
TRUSTEES OF THE UNITE HERE          :
RETIREMENT FUND,                    :
                                    :
                        Plaintiffs, :          20-CV-3319 (VEC)
                                    :
            -against-               :          ORDER
                                    :
CITY OF SAN JOSE, DOLCE             :
INTERNATIONAL/SAN JOSE, LLC         :
                                    :
                        Defendants. :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference in this matter is scheduled for **August 28, 2020 at 10:00 a.m.** (Dkt. 14);

IT IS HEREBY ORDERED that the hearing will take place via teleconference.  The parties must appear for the hearing by dialing **888-363-4749**, using the access code **3121171** and the security code **3319.**

**SO ORDERED.**

**Date:  August 26, 2020**                    **VALERIE CAPRONI**
**New York, NY**                              **United States District Judge**