USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITE HERE RETIREMENT FUND and
TRUSTEES OF THE UNITE HERE
RETIREMENT FUND,

                             Plaintiffs,

          -against-                   20-CV-3319 (VEC)

                                         <u>ORDER</u>

CITY OF SAN JOSE and DOLCE
INTERNATIONAL/SAN JOSE, LLC.

                            Defendants.

-------------------------------------------------------------- X

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on August 28, 2020, the parties appeared for a teleconference with this Court;

WHEREAS a related case, *Dolce Int'l/San Jose, LLC v. City of San Jose et al.*, 20-cv-3774 is pending in the Northern District of California;

WHEREAS all parties consent to a transfer of this case to the Northern District of California;

IT IS HEREBY ORDERED THAT, pursuant to 28 U.S.C. § 1404(a), this case is immediately TRANSFERRED to the United States District Court for the Northern District of California.

**SO ORDERED.**

Date: August 28, 2020
      New York, New York

                                                         **VALERIE CAPRONI**
                                                       **United States District Judge**